IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff/Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-05-346 (15) |
| | § | |
| FAVIAN CANTU ROSALEZ, | § | |
|     Defendant/Movant. | § | |

**ORDER DENYING LETTER MOTION FOR REDUCED SENTENCE**

By Orders entered September 12, 2007 (D.E. 523) and October 4, 2007 (D.E. 525), this Court has now twice denied letter requests from Defendant Favian Cantu Rosalez for a reduced sentence or modification of his sentence. On November 19, 2007, the Clerk received yet another request from Rosalez for "post-conviction relief" in the form of a reduced sentence or being permitted to serve the remainder of his sentence on home confinement. (D.E. 526.) He cites the same reasons for his request that he set forth in his previous two motions. (Compare D.E. 520, 524 with 526.)

For the same reasons previously cited by the Court (see D.E. 523, 525), Rosalez's latest filing, docketed as a request for post-conviction relief (D.E. 526), is DENIED. Additionally, Rosalez is advised that if he continues to file repetitive motions with this Court, he may be sanctioned by the Court in the form of a fine or restrictions on his ability to file motions.

It is so ORDERED this 12th day of December, 2007.

_____
Janis Graham Jack
United States District Judge